1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile: (415) 436-7169
7
   Attorneys for Defendant
8

**FILED**

JUL 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

12  NATASHA KAPOR,                    )
13              Plaintiff,            )   CIVIL NO.  04-05483 MHP
14              v.                    )   STIPULATION AND ORDER EXTENDING
                                      )   DEFENDANT'S TIME TO FILE
15  JO ANNE B. BARNHART,              )   RESPONSE TO PLAINTIFF'S
    Commissioner of Social Security,  )   MOTION FOR SUMMARY JUDGMENT
16                                    )
            Defendant.                )
17  _____)

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
19  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to
20  file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on July
21  28, 2005, pursuant to Civil L.R.16-5. Defendant's response is now due on August 29, 2005.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

---

[1] See attached Declaration of Donna M. Montano.

1   This is defendant's first request.

5   Dated: July 20, 2005

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

12  Dated: July 21, 2005     By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 26, 2005

MARILYN HALL PATEL
United States District Judge

KAPOR, EXT.MXSJ (dmm)
C 04-025483 MHP                              2