1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 NATASHA KAPOR,                    )
                                     )
13      Plaintiff,                   )  CIVIL NO.  04-05483 MHP
                                     )
14      v.                           )  STIPULATION AND ORDER
                                     )  APPROVING COMPROMISE
15 JO ANNE B. BARNHART,              )  SETTLEMENT OF ATTORNEY
   Commissioner of Social Security,  )  FEES PURSUANT TO THE EQUAL
16                                   )  ACCESS TO JUSTICE ACT
        Defendant.                   )
17 _____)

18      The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21      1. Defendant shall pay TWO THOUSAND THREE HUNDRED FIFTY FOUR DOLLARS

22 AND TWENTY CENTS, ($2,354.20), pursuant to the Equal Access to Justice Act (EAJA), for

23 attorney fees incurred in this court action. [1]  The check is to be payable to plaintiff's counsel:

24                      JAMES H. MILLER
                BOX 10891 GRAND LAKE STATION
25                     OAKLAND, CA 94610
                    (510) 451-2132 fax: 0824
26                     jimillaw@rcn/com

27      2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28 constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/.  This amount includes costs.

1  Act.

2      3. Payment of the TWO THOUSAND THREE HUNDRED FIFTY FOUR DOLLARS AND
3  TWENTY CENTS, ($2,354.20) EAJA fees incurred in this court action, will constitute a complete
4  release from and bar to any and all claims, rights, causes of action, liens or subrogated interests
5  relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: December 1, 2005

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: December 5, 2005     By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  12/6/2005

MARILYN HALL PATEL
United States District Judge

*Judge Marilyn H. Patel (signature and seal — Northern District of California)*

KAPOR, EAJA STIP (dmm)
C 04-05483 MHP                                  2